# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Bell

                              Plaintiff,

v.                                      Case No.: 1:13–cv–02304
                                           Honorable Andrea R. Wood

Adams, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 20, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Plaintiff appeared in person along with counsel for Plaintiff and Defendant. For the reasons stated on the record, motion by counsel for Plaintiff for relief from assignment as counsel [75] is continued to the next status hearing. Status hearing set for 9/10/2015 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.